**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 22, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10474
Conference Calendar

_____

DON BENNY ANDERSON,

                                        Petitioner-Appellant,

versus

L. E. FLEMING, Warden FMC-Fort Worth,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:03-CV-00219
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

     Don Benny Anderson (federal prisoner # 06260-026) filed a
petition pursuant to 28 U.S.C. § 2241 wherein he sought to
challenge his guilty-plea conviction for conspiracy, interstate
transportation to commit arson, and damaging a building with an
explosive device.  Concluding that Anderson was required to
proceed under 28 U.S.C. § 2255 rather than 28 U.S.C. § 2241, the
district court summarily dismissed the petition.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Anderson has failed to satisfy the requirements for filing a 28 U.S.C. § 2241 petition.  <u>See</u> <u>Reyes-Requena v. United States</u>, 243 F.3d 893, 900-04 (5th Cir. 2001).  Accordingly, the judgment of the district court is AFFIRMED.